IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


EDWARD RHODES and LONNIE RHODES,
as personal representative of the
Estate of EDNA RHODES,

      Plaintiffs,

v.                                                                          CASE NO. 1:08-cv-00029-MP-AK

CANAL INSURANCE COMPANY,

      Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 47, Motion for Extension of Time to File

Dispositive Motions.  Defendant requests that the Court grant an extension for either party to file

dispositive motions no later than Friday, November 14, 2008.  Plaintiff is unopposed to the

motion.  Upon consideration, the motion at Doc. 47 is GRANTED.  The deadline for filing

dispositive motions is hereby reset to Friday, November 14, 2008.

      **DONE AND ORDERED** this <u> 4th</u> day of November, 2008


          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge